RECEIVED

MAR 3 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLOBAL SAFETY MANAGEMENT, LLC.** | **CIVIL ACTION NO. 6:14-2194** |
| **VERSUS** | **JUDGE DOHERTY** |
| **GLOBAL SAFETY MANAGEMENT, INC.** | **MAGISTRATE JUDGE HANNA** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation;

**IT IS ORDERED** that the Motion to Set Aside Default is **GRANTED**

**IT IS FURTHER ORDERED** that the Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that GSMI shall file an answer or responsive pleadings to this lawsuit within two weeks

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 30 day of March, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE