UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Global Safety Management, LLC, | § | Docket No. 6:14-CV-02194-RFD-PJH |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Judge Rebecca F. Doherty |
| | § | |
| Global Safety Management, Inc. | § | |
| | § | Magistrate Judge Patrick J. Hanna |
| Defendant | § | |

## JOINT STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Global Safety Management, LLC, and Defendant, Global Safety Management, Inc., who hereby enter into this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii):

IT IS HEREBY STIPULATED THAT the parties to this action have compromised all claims against each other and desire that this action be DISMISSED WITH PREJUDICE.

February __, 2017

_____
R. Bennett Ford, Jr. (La. Bar 24,093)
**ROY, KIESEL, FORD, DOODY & THURMON**
P.O. Box 15928
Baton Rouge, LA 70895-5928
(225) 927-9908

rbf@roykiesel.com

**Attorneys for Global Safety Management, Inc.**

JOINTLY SUBMITTED

_____
Ted M. Anthony (La. Bar 21,446)
**BABINEAUX, POCHÉ, ANTHONY & SLAVICH, LLC**
P.O. Box 52169
Lafayette, LA 70505-2169
(337) 984-2505
tanthony@bpasfirm.com

**Attorneys for Global Safety Management, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that copies of this document and any attachments were electronically served on all counsel of record on this 24th day of February, 2017, by filing the same with the Court's CM/ECF system.

s/ Ted M. Anthony /
Ted M. Anthony